U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 2 8 2014

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| KENNETH ANTHONY IDEL CULBRETH | CIVIL ACTION NO. 13-1262-P |
| VERSUS | JUDGE FOOTE |
| LOUIS EDWARDS, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and noting the lack of written objections filed by Plaintiff and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the motion for temporary restraining order and preliminary injunction (Doc. 11) is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 20th day of February, 2014.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE