UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

KENNETH ANTHONY IDEL  CIVIL ACTION NO. 13-cv-1262
a/k/a Kenneth Anthony Idel Culbreth

VERSUS  JUDGE FOOTE

LOUIS EDWARDS, ET AL  MAGISTRATE JUDGE HORNSBY

# O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Lonnie Nail's **Motion for Summary Judgment (Doc. 158)** is **GRANTED**, and that all remaining claims against Nail are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies, but **DISMISSED WITH PREJUDICE** for purposes of refiling *in forma pauperis* pursuant to 28 U.S.C. § 1915.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___31st___ day of ___MAY___, 2016.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE